FILED

05/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0385

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0385

_____

JAMIE MICHAEL JOHNSON,

      Petitioner and Appellant,

   v.

STATE OF MONTANA,

      Respondent and Appellee.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Jamie Michael Johnson, to all counsel of record, and to the Honorable Luke Berger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 5 2021